from, within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GERALD S. TRENBATH, Appellant, v. LIVINGSTON PLATT, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint in accordance with the order appealed from, within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of MALTESE TEXTILE CORP., for an Order Directing that an Arbitration Proceed between MALTESE TEXTILE CORP. and PILGRIM MILLS. PILGRIM MILLS, Appellant; MALTESE TEXTILE CORP., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

EUGENE A. PERKINS, Plaintiff, v. GUARANTY TRUST COMPANY OF NEW YORK and IDONAH SLADE PERKINS, Defendants. In the Matter of the Application of IDONAH SLADE PERKINS, Respondent, for an Order of Substitution of an Attorney. (WILLIAM KLEIN, Appellant.) — Order unanimously modified by directing that the question as to whether William Klein had fully performed the terms of his retainer and the question of the extent and amount of his lien upon the cause of action, the stock and the papers in his possession, be referred to an official referee, to hear and report to the Special Term, and, upon the coming in of such report that the fee be fixed and provision for payment thereof be made as set forth in the terms of the retainer, bearing date August 11, 1936, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LOU J. WEITZMAN, Respondent, v. LOOSE-WILES BISCUIT COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and PAUL LUCKE, as Sole Surviving Director of MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and Conservator of Its Property, Respondents, v. BANK OF NEW YORK AND TRUST COMPANY, as Agent or Depositary of Said MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and of Said PAUL LUCKE, as Surviving Director and Conservator, and Others, Respondents. SAMUEL E. MORRO [MORROW] and Others, Appellants, v. MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, PAUL LUCKE and Others, Respondents. UNITED STATES OF AMERICA, Intervenor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent Paul Lucke. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and PAUL LUCKE, as Sole Surviving Director of MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and Conservator of Its Property, Plaintiffs, v. BANK OF NEW YORK AND TRUST COMPANY, as Agent or Depositary of Said MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and of Said PAUL LUCKE, as Surviving Director and Conservator, and Others, Defendants. SAMUEL E. MORRO [MORROW] and Others, Plaintiffs, v. MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, PAUL LUCKE and Others, Defendants. UNITED STATES OF AMERICA, Intervenor,

Appellant; VLADIMIR A. MILLER, Claimant, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

TOSTI CONSTRUCTION Co., INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WILLIAM ADAMS DELANO and CHESTER HOLMES ALDRICH, Copartners, etc., Appellants, v. CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent, Impleaded with Others.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of WILAKA CONSTRUCTION Co., INC., Petitioner, Appellant, under a Contract between It and the BOARD OF EDUCATION OF THE CITY OF NEW YORK, for the Erection of School Buildings and Play Fields to Be Known as FRANKLIN K. LANE HIGH SCHOOL, etc. OFFENBERG BRICK CORPORATION and Another, as Subcontractors, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [166 Misc. 185.]

HAMERSHLAG & POTASH, INC., Respondent, v. FIRST AMERICAN FIRE INSURANCE COMPANY OF NEW YORK and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LEWIS F. GLASER, Appellant, v. IRVING BRAND and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LEWIS F. GLASER, Appellant, v. IRVING BRAND and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE WILLIAM F. WHOLEY Co., INC., and WHOLEY OFFICE EQUIPMENT Co., INC., Respondents, v. JOSEPH E. LAUZON and Another, Appellants.— Order entered October 14, 1937, so far as appealed from, unanimously modified by including in the order for examination items 1, 2 and 7 of the notice of motion, and as so modified affirmed, without costs. Order denying defendants' motion for a bill of particulars unanimously affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JAMES M. KENNELLY, Respondent, for an Order against JAMES E. FINEGAN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSEPH LUBKIN, on Behalf of Himself and Any and All Creditors of Defendant, MILLNER & SON, INC., Who May Join in and Contribute to the Expenses of This Action, Respondent, v. DAVID S. STERN and Others, Appellants.— Orders unani-